

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      City of Houston v. Young Ran Kim

Appellate case number:   01-20-00333-CV

Trial court case number:  19-DCV-263628

Trial court:                  268th District Court of Fort Bend County

      It is ordered that the motion for en banc reconsideration is **DENIED**.

Judge's signature:           /s/ Veronica Rivas-Molloy
                             ☑ Acting for the Court

The en banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date:  September 15, 2022.